# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WILLIAMS<br><br>Plaintiff(s),<br><br>v.<br><br>TAQUERIA LA MEXICANA NO 5, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–00983–SB–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __6/15/2022__

Document Number(s):   __25__

Title of Document(s):   __Plaintiff's Notice of Settlement__

**ERROR(S) WITH DOCUMENT:**

Lacking proof of service upon pro se party, F.R.Civ.P. 5.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _June 16, 2022_          By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**